**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-01364-REB-OES

LOUIS M. ZAMORA,

    Plaintiff,

v.

KUNI LEXUS,

    Defendant.

**ORDER COMPELLING ARBITRATION
& CLOSING CASE ADMINISTRATIVELY**

**Blackburn, J.**

This matter is before me on the defendant's **Motion To Compel Arbitration and To Dismiss Class Action** [#8], filed November 11, 1005.  The plaintiff has agreed that arbitration is appropriate in this case, and requests that this case be stayed pending binding arbitration of this dispute.  *Certificate of Compliance with Local Rule 7.1A*, [#9], filed November 11, 2005, Exhibit D.  In his Complaint, the plaintiffs asserts claims of employment discrimination in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e - 2000e.  I have jurisdiction over these federal claims under 28 U.S.C. § 1331.

**THEREFORE, IT IS ORDERED** as follows:

1) That the defendant's **Motion To Compel Arbitration and To Dismiss Class Action** [#8], filed November 11, 1005, is **GRANTED**;

2)  That under the Federal Arbitration Act, specifically 9 U.S.C. § 4, the plaintiff is **DIRECTED TO PROCEED TO ARBITRATION** in accordance with his agreement with the defendant, if he wishes to pursue his claims against the defendant;

3) That under D.C.COLO.LCivR 41.2, this case is **ADMINISTRATIVELY CLOSED**; and

4) That absent the filing of a motion to reopen this case made within 30 days of the issuance of a ruling by the arbitrator in this case, this case may be dismissed with prejudice without further notice.

Dated January 18, 2006, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge